## Commonwealth *v.* Pilnik, Appellant (No. 2).

Argued Oct. 3, 1905. Appeal, No. 160, by Rosie Pilnik, alias Brown, from judgment of Q. S. Phila. Co., Dec. T., 1902, No. 134, on plea of guilty in case of Commonwealth v. Rosie Pilnik, alias Brown. Before RICE, P. J., ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Appeal quashed.

PER CURIAM, October 23, 1905 :

This case in its essential features is precisely the same as the case of Commonwealth v. Barnett Pilnik, ante p. 285, in which we herewith file an opinion. For the reasons there given, the appeal is quashed.